UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALTAUNE BROWN,

                            Plaintiff,                      24-CV-6003 (PAE)(SN)

         -against-                                      **ORDER**

EAST SIDE CONVENIENCE STORE INC., et al.,

                            Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiff filed a complaint on August 7, 2024, and a summons was issued on August 8, 2024. ECF Nos. 1, 5. To date, Defendants have not yet appeared. Plaintiff is ORDERED to file a letter by October 28, 2024, indicating whether Plaintiff has had any contact with Defendants or whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court and move for default judgement.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 21, 2024
               New York, New York