UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALTAUNE BROWN,

                              Plaintiff,                24-CV-6003 (PAE)(SN)

    -against-                                     **ORDER**

EAST SIDE CONVENIENCE STORE INC., et al.,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On October 23, 2024, Plaintiff filed a status letter with the Court regarding their efforts to communicate with Defendants. Considering the ongoing correspondence with each Defendant, the Defendants are ORDERED to answer or otherwise respond to the complaint by December 9, 2024. Failure to do so may result in Plaintiff moving for default judgment.

        The Court requests that Plaintiff serve this order upon Defendants.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      October 24, 2024
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2024