UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ALTAUNE BROWN,

                      Plaintiff,                      24-CV-6003 (PAE)(SN)

      -against-                                **ORDER**

EAST SIDE CONVENIENCE STORE INC., et al.,

                      Defendants.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On December 6, 2024, Plaintiff filed a status letter with the Court regarding their efforts to communicate with Defendants. ECF No. 12. Considering the ongoing correspondence and progress related to settlement, the Defendants are ORDERED to answer or otherwise respond to the complaint by January 23, 2025.

       The Court requests that Plaintiff serve this order upon Defendants.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      December 9, 2024
                 New York, New York